25 So.2d 855

**Ex parte Stella WARNER et als.**

**8 Div. 347.**

Supreme Court of Alabama.
April 5, 1946.

702

Geo. P. Cooper, of Huntsville, for petitioners.

C. L. Watts, of Huntsville, for respondent.

PER CURIAM.

Rule nisi denied.

GARDNER, C. J., and BROWN, LIVINGSTON, and SIMPSON, JJ., concur.